# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## WCW 11-1497

**CHRISTUS HEALTH CENTRAL LOUISIANA D/B/A
CHRISTUS ST. FRANCES CABRINI HOSPITAL (JOHN TAYLOR)**

**VERSUS**

**BAMBURG STEEL BUILDINGS, INC.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 2
PARISH OF RAPIDES, NO. 10-10635
JAMES L. BRADDOCK, WORKERS' COMPENSATION JUDGE

\*\*\*\*\*\*\*\*\*\*

## ELIZABETH A. PICKETT
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.

**WRIT GRANTED AND MADE PEREMPTORY.**

**Joseph Payne Williams
R. Bray Williams
Williams Family Law Firm, LLC
Post Office Box 15
Natchitoches, LA 71458-0015
(318) 352-6695
COUNSEL FOR APPLICANT:**
  **Christus Health Central Louisiana**

**Thomas Allen Filo**
**Cox, Cox, Filo, Camel & Wilson, LLC**
**723 Broad Street**
**Lake Charles, LA 70601**
**(337) 436-6611**
**COUNSEL FOR APPLICANT:**
**Christus Health Central Louisiana**

**Jeffrey John Warrens**
**Johnson, Stiltner & Rahman**
**P. O. Box 98001**
**Baton Rouge, LA 70898-8001**
**(225) 231-0652**
**COUNSEL FOR RESPONDENT:**
**LWCC**
**Bamburg Steel Buildings, Inc.**

**Dennis Paul Juge**
**Juge, Napolitano, Guilbeau, Ruli, Frieman & Whiteley**
**3320 W. Esplanade Ave. N.**
**Metairie, LA   70002**
**(504) 831-7270**
**COUNSEL FOR RESPONDENT:**
**LWCC**
**Bamburg Steel Buildings, Inc.**

**PICKETT, Judge.**

For the reasons assigned in *Christus Health Central Louisiana v. Westaff (USA), Inc.*, 11-1493 (La.App. 3 Cir. 3/7/12), ___ So.3d ___, the application for supervisory writs filed by Christus Health is granted. The WCJ's decision granting the motion to compel discovery is reversed and the motion to compel is denied.

**WRIT GRANTED AND MADE PEREMPTORY.**